UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessie D. McDonald,

       Plaintiff,

v.                                              Civil No. 08-5069 (JNE/JSM)
                                              ORDER
Overnite Express, et al, and
Transport Leasing Contract, Inc.,

       Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable

Janie S. Mayeron, United States Magistrate Judge, on September 24, 2009. The magistrate judge

recommended that the motion of Transport Leasing/Contract, Inc., to dismiss Plaintiff's claims

against it in the Amended Complaint be granted.[1] Plaintiff objected to the Report and

Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR

72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT

IS ORDERED THAT:

      1.      Transport Leasing/Contract's Motion to Dismiss [Docket No. 54] is
              GRANTED.

      2.      Plaintiff's claims against Transport Leasing/Contract in the Amended
              Complaint are DISMISSED WITHOUT PREJUDICE.

Dated: October 26, 2009

                                  s/ Joan N. Ericksen
                                  JOAN N. ERICKSEN
                                  United States District Judge

---

[1]      The caption names "Transport Leasing Contract, Inc.," but the record reflects that the
Defendant is actually named "Transport Leasing/Contract, Inc."